# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2021-0575, <u>State of New Hampshire v. Jon Cline</u>, the court on August 11, 2022, issued the following order:**

Having considered the defendant's brief, the State's memorandum of law, and the record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). The defendant, Jon Cline, appeals his conviction, following a bench trial in the Circuit Court (<u>Boyle</u>, J.), on a charge of harassment. <u>See</u> RSA 644:4 (Supp. 2021). He argues that the evidence was insufficient, as a matter of law, to support his conviction. The State agrees. Accordingly, we reverse the defendant's conviction.

<u>Reversed</u>.

MacDonald, C.J., and Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

> **Timothy A. Gudas,**
> **Clerk**